1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   CHARLES L. KREINDLER, Cal. Bar No. 119933
3  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
4  Telephone:  213.620.1780
   Facsimile:  213.620.1398
5  E mail       ckreindler@sheppardmullin.com

6  Attorneys for AMITY HOME HEALTH
   CARE INC.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 3:19-mj-71440-MAG |
| 12       Plaintiff, | |
| 13       v. | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT FROM AUGUST 14, 2020 TO SEPTEMBER 18, 2020** |
| 14  AMITY HOME HEALTH CARE INC., | |
| 15       Defendant. | |
| 16 | |

17        The parties, by and through their undersigned counsel, hereby agree and

18  stipulate as follows:

19        WHEREAS, defendant Amity Home Health Care Inc. is presently scheduled

20  to appear before this Court on August 14, 2020 for preliminary hearing or

21  arraignment;

22        WHEREAS, the parties are continuing to exchange discovery and information

23  in furtherance of discussions about a potential resolution;

24        WHEREAS, the parties seek additional time to complete this exchange and

25  determine whether a preliminary hearing is necessary;

26        WHEREAS, the parties have had to accommodate delays occasioned by the

27  coronavirus, which has necessitated working from home and constrained counsel's

28  availability to meet and confer;

-1-

1    NOW, THEREFORE, the parties AGREE and STIPULATE that the

2  preliminary hearing or arraignment currently scheduled for August 14, 2020 should

3  be continued to September 18, 2020.  The parties further AGREE and STIPULATE

4  that the time between August 14, 2020 and September 18, 20120 should be excluded

5  under the Speedy Trial Act.  Given the need for defense counsel and government

6  counsel to continue exchanging discovery and information in furtherance of a

7  potential resolution, and taking into account delays occasioned by the coronavirus,

8  the parties agree that the failure to grant a continuance would deny the parties the

9  reasonable time necessary for effective preparation, taking into account the exercise

10  of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

11    IT IS SO STIPULATED.

12
    Dated:  August 13, 2020                         */s/ Charles L. Kreindler*
13                                          _____
                                                    CHARLES L. KREINDLER
14                                                   Attorneys for Defendant
                                              AMITY HOME HEALTH CARE INC.
15

16

17  Dated:  August 13, 2020                         */s/ William Frentzen*
                                          _____
18                                                    WILLIAM FRENTZEN
                                              Assistant United States Attorney
19

20

21

22                                **ORDER**

23    By stipulation of the parties, and for good cause shown, the preliminary

24  hearing or arraignment for defendant Amity Home Health Care Inc. presently

25  scheduled for August 14, 2020 is hereby continued to September 18, 2020 at 10:30

26  a.m.

27    It is further ORDERED that the time between August 14, 2020 and

28  September 18, 2020 shall be excluded under the Speedy Trial Act.  The Court finds

1 | that the ends of justice served by the continuance outweigh the best interest of the

2 | public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).  Further,

3 | the Court finds that the failure to grant a continuance would deny the parties the

4 | reasonable time necessary for effective preparation, taking into account the exercise

5 | of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6 |     IT IS SO ORDERED.

7 | DATED:  August 13, 2020

IT IS SO ORDERED

*Kandis Westmore*

Judge Kandis Westmore

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

SMRH:4825-4555-7959.1

Case No. 3:19-mj-71440-MAG

STIPULATION AND ORDER CONTINUING
PRELIMINARY HEARING OR ARRAIGNMENT